**E-FILED**
Thursday, 17 August, 2006 02:01:32 PM
Clerk, U.S. District Court, ILCD

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Case Number:  3:03-30115-001

UNITED STATES OF AMERICA

v.

MILTON E. LACY a/k/a "Melbow"
Name of Movant (name under which convicted)

14160-026
Prisoner No.

FCI-GREENVILLE, POB 5000

Greenville, IL 62246
Place of Confinement

FILED

AUG 16 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

1.  Name and location of court which entered the judgment of conviction under attack  United States District Court, Springfield Division

2.  Date of judgment of conviction  June 25, 2004

3.  Length of sentence  188 months with a consecutive 5 year Supervised Release term.

4.  Nature of offense involved (all counts)  21 USC §841(a)(1)--Possession of Five or More Grams of Cocaine Base("Crack") With Intent to Distribute

5.  What was your plea? (Check one)
    (a)  Not guilty
    (b)  Guilty XX
    (c)  Nolo contendere

    If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

    N/A

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)

    (a)  Jury

    (b)  Judge only

7.  Did you testify at the trial?

    Yes          No

8.  Did you appeal from the judgment of conviction?

    Yes XX        No

9.  If you did appeal, answer the following:

    (a)  Name of court  United States Court of Appeals for the Seventh Circuit

    (b)  Result Affirmed

    (c)  Date of result January 19, 2006

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes          No XX

11. If your answer to 10 was "yes", give the following information:

    (a)  1.  Name of court _____

         2.  Nature of proceeding _____

         3.  Grounds raised _____

         4.  Did you receive an evidentiary hearing on your petition, application or motion?

            Yes          No

         5.  Result _____

         6.  Date of result _____

    (b)  As to any second petition, application or motion give the same information:

         1.  Name of court _____

         2.  Nature of proceeding _____

         3.  Grounds raised _____

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

4.   Did you receive an evidentiary hearing on your petition, application or motion?

Yes _____ No _____

5.   Result _____

6.   Date of result _____

(c)  Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

1.   First petition, etc.          Yes _____   No _____

2.   Second petition, etc.         Yes _____   No _____

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, *you should raise in this motion all available grounds* (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self - incrimination.

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)   Denial of effective assistance of counsel.

(j)   Denial of right of appeal.

A.    Ground one: ORDER TO DISMISS THE INDICTMENT PURSUANT TO RULE 12(h)(3),F.R.Civ.
      SEE: Attached
      P.,RULE 7(c)(1),12(b)(1)(2)(3),F.R.Crim.P.,and RULE 201(b),F.R.E.//Memorandum

      Supporting FACTS (state *briefly* without citing cases or law) Pursuant to these Rules,the US
      Attorney cannot prosecute federal legislation except in the District of Col-
      umbia,territories or possessions of the United States. These Rules relate to
      the 'subject-matter jurisdiction' of the court and to the 'places' subject
      to the criminal jurisdiction of the United States[18 USC §5 & 7(3)]. In my
      case,the U.S.Attorney prosecuted in--want of federal jurisdiction.


B.    Ground two:  INEFFECTIVE ASSISTANCE OF COUNSEL.    SEE:Attached Memorandum.

      Supporting FACTS (state *briefly* without citing cases or law) The court assigned attorney did
      not test the government's 'territorial jurisdiction' in this case resulting
      in a complete denial of the Sixth Amendment's guarantee to assistance of
      counsel. Had the attorney done so,the court would have had to dismiss the
      indictment for want of federal territorial jurisdiction pursuant to the
      Rules set forth in Ground one. This includes paid counsel on appeal.


C.    Ground three: N/A

      Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

D.    Ground four: _____

_____

Supporting FACTS (state briefly without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13.    If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what ground were not so presented, and give your reasons for not presenting them:

These Grounds were not litigated because they go directly to the performance or lack thereof of the appointed counsel[Ground one]. This claim is applicable to the attorney on appeal also. Wherefore,I was twice denied my fundamental right to effective assistance of counsel.

14.    Do you have any petition or appeal now pending in any court, as to the judgment under attack?
       Yes          No  X

15.    Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a)    At preliminary hearing  Did not receive one in violation of Rule 5,F.R.Crim.P. & 18 USC §3060.

(b)    At arraignment and plea  Ralph E.Williams

(c)    At trial  N/A

(d)    At sentencing  Same as (b).

(e)    On appeal  R.John Alvarez,975 S.Dirkin Dr.,Suite 103,Springfield, IL 62704

(f)    In any post - conviction proceeding  N/A

(g)    On appeal from any adverse ruling in a post - conviction proceeding  N/A

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes _____    No X

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes _____    No X

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes _____    No _____

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

N/A
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*8-10-06*
_____
(date)

*Milton E. Lacy*
_____
Signature of Movant
Milton E. Lacy

## Proof of Service

I, ___Milton E. Lacy___, the petitioner, hereby certify that I deposited the attached Motion to Vacate, 28 USC § 2255, in the LEGAL Mail BOX here at FCI-Greenville, IL., 62246, on this *11* day of *august*, 2006, addressed to the US Attorneys Office at: 600 East Monroe St., Rm. 312, Springfield, IL 62701 _____, with firstclass postage prepaid in full.

*Milton E. Lacy*
_____
PETITIONER Milton E. Lacy

Subscribed and sworn to on this *11* day of *august* 2006.