E-FILED
Thursday, 17 August, 2006   02:15:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Milton E. Lacy,           )
        Defendant,        )
                          )
v.                        )     Case No. 03-30115-001
                          )
UNITED STATES OF AMERICA  )
        Plaintiff.        )

AFFIDAVIT OF MILTON E. LACY

STATE OF ILLINOIS   |
COUNTY OF _Bond_    |   SS: AFFIDAVIT OF MILTON E. LACY

COMES NOW the Defendant in the abovestyled action, Milton E. Lacy, and, after being duly sworn, deposes and says:

1. The location wherein affiant was arrested by local Springfield Police is located within the exclusive criminal jurisdiction of the State of Illinois due to that location being owned by private citizens of the State of Illinois.

2. At no time was the location [where the arrest occurred] ceded to the United States by the Illinois State legislature, as required by Title 40 USCS §3112.

3. The U.S. Attorney, at no time, proved pursuant to Title 18 USC §3231 that he was authorized to enforce federal legislation within the location where affiant was arrested.

4. Affiant claims that until the U.S. Attorney presents documents contrary to the assertions herein, all acts committed against affiant in the United States District Court, Springfield Division, are illegal and criminal in nature.

5. Unless and until the U.S. Attorney for the Central District of Illinois, Springfield Division, Jan Paul Miller, presents a Grant of either partial or exclusive jurisdiction from the State of Illinois Governor's Office, all acts committed by and through the U.S. Attorney's Office is and was illegal and subject to prosecution for Conspiracy and kidnapping charges under Illinois Law and Procedure.

6. Affiant is illegally confined in a Federal Bureau of Prisons Facility at Greenville, Illinois, and is being held against his will for an act that was committed outside of federal criminal jurisdiction and within the exclusive criminal jurisdiction of the State of Illinois, and, within the criminal jurisdiction of Sangamon County, Illinois.

AFFIANT SAYETH FURTHER NAUGHT.
Done this _8th_ day of _August_, 2006.

                                            _Milton E. Lacy_
                                            Milton E. Lacy

SEE NOTARY ON NEXT PAGE

STATE OF ILLINOIS | SS:
COUNTY OF Bond |

Signed and sworn before me on this 8th day of AUGUST, 2006, by MILTON LACY.

SEAL

                                                                                        _____
                                                                                        NOTARY PUBLIC

> OFFICIAL SEAL
> MARILYN A. WARREN
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES SEPT. 12, 2007