# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MILTON E. LACY,**
    Petitioner,

vs.                          Case Number:  **06-3176**

**UNITED STATES OF AMERICA,**
    Respondent.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Opinion entered by the Honorable Jeanne E. Scott on October 30, 2006, the Court summarily dismisses Petitioner Lacy's Petition pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence (d/e 1).  This case is closed.------------------------------------------------

ENTER this 30th day of October, 2006

s/John M. Waters
JOHN M. WATERS, CLERK

s/M. Stewart
BY:  DEPUTY CLERK